IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FIRST MONTANA BANK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BBNDD, LLC, A MONTANA LIMITED LIABILITY COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND OTHER INSURERS; DOE DEFENDANTS 1–10, <br><br> Defendants. | CV 24–32–M–DLC <br><br><br> ORDER |

Before the Court is the Parties' Joint Stipulation for Dismissal with Prejudice. (Doc. 20.) The stipulation states that the parties agree to dismiss this action with prejudice. (*Id.* at 2.) The parties further agree that each party shall be responsible for their own costs and fees.[1] (*Id.*)

Upon review of the stipulation and good cause appearing, IT IS ORDERED that the above captioned matter is DISMISSED WITH PREJUDICE with each party bearing their own fees and costs.

---

[1] BBNDD, LLC has neither filed an appearance in this matter nor responded to Plaintiff First Montana Bank, Inc.'s pleading.

1

Dated this 3rd day of September, 2024.

/s/ Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court